# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

SAFETY BRAKING CORPORATION, a Delaware  )
corporation, MAGNETAR TECHNOLOGIES CORP., )
a Nevada corporation, and G&T CONVEYOR CO., )
a Florida corporation, )
)
)
     Plaintiffs, )
  V. )
)
SIX FLAGS, INC., a Delaware corporation, )
SIX FLAGS THEME PARKS INC., )
a Delaware corporation, SF PARTNERSHIP, a Delaware )
partnership, TIERCO MARYLAND, INC., a Delaware )
corporation, BUSCH ENTERTAINMENT CORP., a )
Delaware corporation, CEDAR FAIR LP, a Delaware )
limited partnership, PARAMOUNT PARKS, INC., a )
Delaware corporation, NBC UNIVERSAL, INC., a )
Delaware corporation, UNIVERSAL STUDIOS, INC., a )
Delaware corporation, BLACKSTONE GROUP L.P., a )
Delaware limited partnership, THE WALT DISNEY CO., )
a Delaware corporation, and WALT DISNEY PARKS )
AND RESORTS, LLC, a Florida company, )
)
     Defendants. )

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07-127

TO: The Walt Disney Co.
   c/o Registered Agent
   Corporation Service Company
   2711 Centerville Rd., Suite 400
   Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS (name and address)

   Francis DiGiovanni (#3189)
   Geoffrey A. Zelley (#4939)
   Connolly Bove Lodge & Hutz LLP
   The Nemours Building
   1007 North Orange Street
   P.O. Box 2207
   Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        MAR 0 1 2007

CLERK             DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/2/07 |
| NAME OF SERVER (PRINT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: THE WALT DISNEY CO. C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/2/07
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.