IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIX FLAGS, INC., a Delaware corporation,<br>SIX FLAGS THEME PARKS INC., a Delaware corporation,<br>SF PARTNERSHIP, a Delaware partnership,<br>TIERCO MARYLAND, INC., a Delaware corporation,<br>BUSCH ENTERTAINMENT CORP., a Delaware corporation,<br>CEDAR FAIR LP, a Delaware limited partnership,<br>PARAMOUNT PARKS, INC., a Delaware corporation,<br>NBC UNIVERSAL, INC., a Delaware corporation,<br>UNIVERSAL STUDIOS, INC., a Delaware corporation,<br>BLACKSTONE GROUP L.P., a Delaware limited partnership,<br>THE WALT DISNEY CO., a Delaware corporation, and<br>WALT DISNEY PARKS AND RESORTS, LLC, a Florida company,<br><br>    Defendants. | Civil Action No. 07-127-*** |

## PLAINTIFFS' RULE 7.1 DISCLOSURES

1.    Plaintiff Magnetar Technologies Corp. ("Magnetar"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

    a.    *The identity of any parent corporation*:  Magnetar has no parent corporation.

    b.    *The identity of any publicly held corporation that owns 10% or more of its stock*:  No publicly held corporation owns 10% or more of Magnetar's stock.

2. Plaintiff Safety Braking Corporation ("SBC"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

    a. *The identity of any parent corporation*: Acacia Research Corporation.

    b. *The identity of any publicly held corporation that owns 10% or more of its stock*: Acacia Research Corporation.

3. Plaintiff G&T Conveyor Co. ("G&T"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

    a. *The identity of any parent corporation*: Brynwood Partners IV, LP.

    b. *The identity of any publicly held corporation that owns 10% or more of its stock:* No publicly held corporation owns 10% or more of G&T's stock.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Geoffrey A. Zelley (#4939)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

Scott R. Miller
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
(213) 787-2500

*Attorneys for Plaintiffs*

Dated: March 21, 2007

524336_1

2