IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. and G&T CONVEYOR CO., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC. BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., BLACKSTONE GROUP L.P., THE WALT DISNEY CO. and WALT DISNEY PARKS AND RESORTS, LLC, | ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 07-127-*** |
| Defendants. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, plaintiffs Safety Braking Corporation, Magnetar Technologies Corp. and G&T Conveyor Co. (collectively, "Plaintiffs"), and defendant Busch Entertainment Corp. ("Busch") have agreed to meet in anticipation of Busch's response to Plaintiffs' Complaint;

NOW, THEREFORE, Plaintiffs and Busch hereby stipulate and agree, subject to the approval of the Court, that Busch's deadline to answer, move or otherwise respond to the Complaint shall be extended to May 7, 2007.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Francis DiGiovanni<br>Francis DiGiovanni (#3189)<br>Geoffrey A. Zelley (#4939)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(302) 658-9141<br>fdigiovanni@cblh.com<br>gzelley@cblh.com | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs Safety Braking Corporation, Magnetar Technologies Corp. and G&T Conveyor Co.* | *Attorneys for Defendant Busch Entertainment Corp.* |

SO ORDERED this _____ day of _____, 2007.

_____
J.

785118 / 31316