IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, ) <br> MAGNETAR TECHNOLOGIES CORP. ) <br> and G&T CONVEYER CO., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIX FLAGS, INC., SIX FLAGS THEME ) <br> PARKS INC., SF PARTNERSHIP, ) <br> TIERCO MARYLAND, INC., BUSCH ) <br> ENTERTAINMENT CORP., CEDAR ) <br> FAIR LP, PARAMOUNT PARKS, INC., ) <br> NBC UNIVERSAL, INC., UNIVERSAL ) <br> STUDIOS, INC., BLACKSTONE GROUP ) <br> L.P., THE WALT DISNEY CO. and ) <br> WALT DISNEY PARKS AND ) <br> RESORTS, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 07-127-*** |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendants Six Flags, Inc., Six Flags Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks Inc., NBC Universal, Inc., Universal Studios, Inc., Blackstone Group L.P., The Walt Disney Co. and Walt Disney Parks and Resorts, LLC (collectively, "Defendants") hereby move for an enlargement of time until May 7, 2007, to move, answer or otherwise plead in response to the Complaint. A proposed form of Order is attached. The grounds for this motion are as follows:

1. Plaintiffs Safety Braking Corporation, Magnetar Technologies Corp. and G&T Conveyor Co. (collectively, "Plaintiffs") filed the Complaint in this action on March 1, 2007, alleging infringement of U.S. Patent No. 5,277,125 and U.S. Patent No. 6,659,237 (D.I. 1).

2. Defendants have asked Plaintiffs to stipulate to a 45-day extension of time, until May 7, 2007, for Defendants to respond to the Complaint. Plaintiffs have rejected that request, but indicated in writing that they would agree to extend the time by 14 days.

3. The reason for the requested extension is that Defendants are still in the process of retaining counsel, and require additional time to analyze the issues and prepare a response to the Complaint.

4. On March 22, 2007, Plaintiffs entered into a stipulation with defendant Busch Entertainment Corp. ("Busch"), agreeing to extend the time for Busch to respond to the Complaint until May 7, 2007 (D.I. 17).

5. Because Plaintiffs have stipulated to an extension for Busch until May 7, 2007, granting a similar extension for the remaining Defendants will not affect the progress or schedule in this case, and will not prejudice Plaintiffs.

6. Defendants respectfully request a 45-day extension of time -- until May 7, 2007 -- to move, answer or otherwise plead in response to the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendants Six Flags, Inc., Six Flags Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks Inc., NBC Universal, Inc., Universal Studios, Inc., Blackstone Group L.P., The Walt Disney Co. and Walt Disney Parks and Resorts, LLC*

March 23, 2007
774512

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, ) <br> MAGNETAR TECHNOLOGIES CORP. ) <br> and G&T CONVEYER CO., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIX FLAGS, INC., SIX FLAGS THEME ) <br> PARKS INC., SF PARTNERSHIP, ) <br> TIERCO MARYLAND, INC., BUSCH ) <br> ENTERTAINMENT CORP., CEDAR ) <br> FAIR LP, PARAMOUNT PARKS, INC., ) <br> NBC UNIVERSAL, INC., UNIVERSAL ) <br> STUDIOS, INC., BLACKSTONE GROUP ) <br> L.P., THE WALT DISNEY CO. and ) <br> WALT DISNEY PARKS AND ) <br> RESORTS, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 07-127-*** |

## ORDER

IT IS HEREBY ORDERED that the time for Defendants Six Flags, Inc., Six Flags Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks Inc., NBC Universal, Inc., Universal Studios, Inc., Blackstone Group L.P., The Walt Disney Co. and Walt Disney Parks and Resorts, LLC to move, answer or otherwise plead in response to the Complaint is extended until May 7, 2007.

_____
United States Magistrate Judge

## **RULE 7.1.1 CERTIFICATE**

      I hereby certify that counsel for Defendants has discussed the subject of the foregoing motion with counsel for Plaintiffs, and the parties have not been able to reach agreement on the issues raised in the motion.

                                  */s/ Rodger D. Smith II*
                                  Rodger D. Smith II (#3778)

March 23, 2007

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

    Francis DiGiovanni
    Connolly Bove Lodge & Hutz LLP

    Richard L. Horwitz
    Potter Anderson & Corroon LLP

I further certify that I caused copies of the foregoing document to be served on March 23, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

    Francis DiGiovanni
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE  19899
    fdigiovanni@cblh.com

    Richard L. Horwitz
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, DE  19801
    rhorwitz@potteranderson.com

    /s/ *Rodger D. Smith II*
    Rodger D. Smith II (#3778)
    rsmith@mnat.com