IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. and G&T CONVEYER CO., )<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| ) | C.A. No. 07-127-*** |
| v. ) | |
| ) | |
| SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., BLACKSTONE GROUP L.P., THE WALT DISNEY CO. and WALT DISNEY PARKS AND RESORTS, LLC, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendants requested a 45-day extension of the time to respond to the two-patent Complaint because they are in the process of retaining counsel and require additional time to analyze the issues and prepare a response to the Complaint. (D.I. 18). Plaintiffs have opposed that routine request. (D.I. 19).

Plaintiffs point to no prejudice from such an extension, and there is none. Plaintiffs' sole basis for opposing the requested extension is that it should be conditioned upon each of the defendants agreeing to meet with them individually regarding settlement during that 45-day period. There is no basis for plaintiffs' attempt to hold a routine extension of time hostage to settlement meetings. Nor is there any basis for plaintiffs to insist that each of the defendants engage in a settlement meeting immediately after having been served with an

unexpected lawsuit, before defendants have retained counsel, analyzed the issues, and responded to the Complaint.

Defendants request that the Court grant their motion for a 45-day extension of time to respond to the Complaint.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Jack B. Blumenfeld*

                              Jack B. Blumenfeld (#1014)
                              Rodger D. Smith II (#3778)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              jblumenfeld@mnat.com

                              *Attorneys for Defendants Six Flags, Inc., Six Flags Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks Inc., NBC Universal, Inc., Universal Studios, Inc., Blackstone Group L.P., The Walt Disney Co. and Walt Disney Parks and Resorts, LLC*

March 29, 2007
780391

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Francis DiGiovanni, Esquire
> Connolly Bove Lodge & Hutz LLP
>
> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP

I further certify that I caused copies of the foregoing document to be served on March 29, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

> Francis DiGiovanni, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801
> fdigiovanni@cblh.com
>
> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19801
> rhorwitz@potteranderson.com

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com