Francis DiGiovanni (#3189)
Geoffrey A. Zelley (#4939)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com
gzelley@cblh.com
Attorneys for Plaintiffs, SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. and G&T CONVEYOR CO.

Jeffrey M. Lenkov, Esq.
State Bar No. 156478
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
jml@mmker.com
Attorneys for Defendants
CEDAR FAIR LP, PARAMOUNT PARKS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. AND G&T CONVEYOR CO., <br><br> Plaintiffs, <br><br> vs. <br><br> SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC. BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC , BLACKSTONE GROUP L.P., THE WALT DISNEY CO. and WALT DISNEY PARKS AND RESORTS, LLC <br><br> Defendants. | Case No.: C.A. No. 07-127 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME** |

1  
2  WHEREAS, PLAINTIFFS Safety Braking Corporation, Magnetar Technologies Corp. and
3  G&T Conveyor Co. (collectively, "Plaintiffs"), and defendants CEDAR FAIR LP and
4  PARAMOUNT PARKS, INC. ("collectively Cedar Fair") have agreed to meet in anticipation of the
5  "Cedar Fair" response to Plaintiff's Complaint;
6  NOW, THEREFORE, Plaintiffs and the Cedar Fair defendants hereby stipulate and agree,
7  subject to the approval of the Court, that Cedar Fair's deadline to answer, move or otherwise
   respond to the Complaint shall be extended to May 7, 2007.
8  
9  CONNOLLY BOVE LODGE & HUTZ LLP                    MANNING, MARDER, KASS, ELLROD
                                                      RAMIREZ, LLP
10 By: _____                       By: _____
11 Francis DiGiovanni (#3189)                         Jeffrey M. Lenkov, Esq. (156478)
   Geoffrey A. Zelley (#4939)                        801 South Figueroa Street
12 The Nemours Building                               15th Floor at Figueroa Tower
   1007 North Orange Street                          Los Angeles, CA 90017
13 Wilmington, DE 19899                               (213) 624-6900 ext. 632
   (302) 658-9141                                    jml@mmker.com
14 Fdigiovanni@cblh.com
   Gzelley@cbln.com
15 
   *Attorneys for Plaintiffs Safety Braking*          *Attorney for Defendants CEDAR FAIR LP,*
16 *Corporation, Magnetar Technologies*              *PARAMOUNT PARKS, INC.*
   *Corp. And G&T Conveyor Co.*
17 
18        SO ORDERED this _____ day of _____, 2007
19 
20                                                   _____
                                                     Judge
21 
22 
23 
24 
25 
26 
27 
28 

-2-    G:\docsdata\JML\Safety Braking v. Cedar Fair\STIPULATION1.wpd
STIPULATION AND ORDER FOR EXTENSION OF TIME

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case.

I further certify that on March 30, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY E-MAIL**

Jeffrey M. Lenkov
Manning & Marder Kass Ellrod Ramirez LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
jml@mmker.com

Terrell R. Miller
Storm LLP
Bank of America Plaza
901 Main Street, Suite 7100
Dallas, TX 75202
terrellmiller@alliplaw.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)