## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. and G&T CONVEYER CO., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-127-*** ) ) |
| SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., BLACKSTONE GROUP L.P., THE WALT DISNEY CO. and WALT DISNEY PARKS AND RESORTS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER

IT IS HEREBY ORDERED that the time for Defendants Six Flags, Inc., Six Flags

Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks Inc.,

NBC Universal, Inc., Universal Studios, Inc., Blackstone Group L.P., The Walt Disney Co. and

Walt Disney Parks and Resorts, LLC to move, answer or otherwise plead in response to the

Complaint is extended until May 7, 2007.

3/30/07

United States Magistrate Judge