IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SIX FLAGS, INC., a Delaware corporation,<br>SIX FLAGS THEME PARKS INC., a Delaware corporation,<br>SF PARTNERSHIP, a Delaware partnership,<br>TIERCO MARYLAND, INC., a Delaware corporation,<br>BUSCH ENTERTAINMENT CORP., a Delaware corporation,<br>CEDAR FAIR LP, a Delaware limited partnership,<br>PARAMOUNT PARKS, INC., a Delaware corporation,<br>NBC UNIVERSAL, INC., a Delaware corporation,<br>UNIVERSAL STUDIOS, INC., a Delaware corporation,<br>BLACKSTONE GROUP L.P., a Delaware limited partnership,<br>THE WALT DISNEY CO., a Delaware corporation, and<br>WALT DISNEY PARKS AND RESORTS, LLC, a Florida company,<br><br>Defendants. | Civil Action No. 07-127-*** |

**AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)**

FRANCIS DIGIOVANNI, after first being duly sworn, on this 30th day of March, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiffs in the above captioned action.

2. On March 5, 2007, I caused a copy of the Complaint, the Summons for nonresident defendant Walt Disney Parks and Resorts, LLC, and a letter addressed to nonresident defendant Walt Disney Parks and Resorts, LLC, and containing the information

required by 10 <u>Del. C.</u> § 3104, to be forwarded, via Registered Mail, to defendant Walt Disney Parks and Resorts, LLC, pursuant to 10 <u>Del. C.</u> § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A."

3. The package referenced in paragraph 2, was received by Walt Disney Parks and Resorts, LLC. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B."

_____
Francis DiGiovanni (#3189)

Sworn to and subscribed before me this 30th day of March, 2007.

_____
NOTARY PUBLIC

BREANNE M. STALEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 28, 2009

529335_1

# EXHIBIT A

| Registered No. RB 972 231 745 | Date Stamp WILMINGTON E RODNEY SQ STA MAR 2007 USPS 19801 |
|---|---|
| Reg. Fee $7.90 | |
| Handling Charge | Return Receipt 1.85 |
| Postage | Restricted Delivery |
| Received by | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☐ Without Postal Insurance — Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: (F.D.) Connolly Bove Lodge & Hutz
The Nemours Building
1007 N. Orange St. ~~P.O. 2207~~
Wilm, DE. 19801

TO: Walt Disney Parks & Resorts
1375 E. Buena Vista Dr.
Lake Buena Vista, FL
32830-8402

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>WALT DISNEY PARK & RESORT<br>1375 E. BUENA VISTA DR.<br>LAKE BUENA VISTA, FL<br>32830-8402 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   RB 972 231 745 US | |

PS Form 3811, August 2001         Domestic Return Receipt         102595-02-M-1540