IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>SIX FLAGS, INC., a Delaware corporation,<br>SIX FLAGS THEME PARKS INC., a Delaware corporation,<br>SF PARTNERSHIP, a Delaware partnership,<br>TIERCO MARYLAND, INC., a Delaware corporation,<br>BUSCH ENTERTAINMENT CORP., a Delaware corporation,<br>CEDAR FAIR LP, a Delaware limited partnership,<br>PARAMOUNT PARKS, INC., a Delaware corporation,<br>NBC UNIVERSAL, INC., a Delaware corporation,<br>UNIVERSAL STUDIOS, INC., a Delaware corporation,<br>BLACKSTONE GROUP L.P., a Delaware limited partnership,<br>THE WALT DISNEY CO., a Delaware corporation, and<br>WALT DISNEY PARKS AND RESORTS, LLC, a Florida company,<br><br>      Defendants. | Civil Action No. 07-127-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the **NOTICE OF DISMISSAL OF THE WALT DISNEY CO. AND WALT DISNEY PARKS AND RESORTS LLC** was served as follows upon the following attorneys of record on April 5, 2007

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL AND HAND DELIVERY** |
|---|---|
| Jack B. Blumenfeld | Richard L. Horwitz |
| Rodger D. Smith II | Potter Anderson & Corroon LLP |
| Morris, Nichols, Arsht & Tunnell, LLP | Hercules Plaza, 6th Floor |
| 1201 N. Market Street | 1313 North Market Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | rhorwitz@potteranderson.com |
| jblumenfeld@mnat.com | |
| rsmith@mnat.com | |

| | |
|---|---|
| **VIA E-MAIL** | **VIA E-MAIL** |
| Jeffrey M. Lenkov | Terrell R. Miller |
| Manning & Marder Kass Ellrod Ramirez LLP | Storm LLP |
| 15th Floor at 801 Tower | Bank of America Plaza |
| 801 South Figueroa Street | 901 Main Street, Suite 7100 |
| Los Angeles, CA 90017 | Dallas, TX 75202 |
| jml@mmker.com | terrellmiller@alliplaw.com |

Dated: April 5, 2007        /s/ Francis DiGiovanni
　　　　　　　　　　　　　　　Francis DiGiovanni (#3189)
　　　　　　　　　　　　　　　Geoffrey A. Zelley (#4939)
　　　　　　　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP
　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　(302) 658-9141

　　　　　　　　　　　　　　　Scott R. Miller
　　　　　　　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP
　　　　　　　　　　　　　　　355 S. Grand Ave.
　　　　　　　　　　　　　　　Suite 3150
　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　(213) 787-2500

　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case.

I further certify that on April 5, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

### BY E-MAIL

Jeffrey M. Lenkov
Manning & Marder Kass Ellrod
Ramirez LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
jml@mmker.com

Terrell R. Miller
Storm LLP
Bank of America Plaza
901 Main Street, Suite 7100
Dallas, TX 75202
terrellmiller@alliplaw.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)