IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SIX FLAGS, INC., a Delaware corporation, SIX FLAGS THEME PARKS INC., a Delaware corporation, SF PARTNERSHIP, a Delaware partnership, TIERCO MARYLAND, INC., a Delaware corporation, BUSCH ENTERTAINMENT CORP., a Delaware corporation, CEDAR FAIR LP, a Delaware limited partnership, PARAMOUNT PARKS, INC., a Delaware corporation, NBC UNIVERSAL, INC., a Delaware corporation, UNIVERSAL STUDIOS, INC., a Delaware corporation, BLACKSTONE GROUP L.P., a Delaware limited partnership, THE WALT DISNEY CO., a Delaware corporation, and WALT DISNEY PARKS AND RESORTS, LLC, a Florida company,<br><br>Defendants. | C.A. No. 07-127-*** |

**RULE 7.1 STATEMENT OF DEFENDANTS NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., AND THE BLACKSTONE GROUP L.P.**

Pursuant to Fed. R. Civ. P. 7.1, defendants NBC Universal, Inc. ("NBC Universal"), Universal Studios, Inc. ("USI"), and The Blackstone Group, L.P. ("Blackstone") state that: (1) USI is indirectly owned by NBC Universal, which is not a publicly held corporation; (2) General Electric Company, a U.S. publicly held corporation, and Vivendi S.A., a French publicly held corporation, ultimately each indirectly own more than 10% of the stock of NBC Universal; and (3) no publicly held corporation owns 10% or more of the stock of Blackstone.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendants Six Flags, Inc., Six Flags Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks, Inc., NBC Universal, Inc., Universal Studios, Inc., and The Blackstone Group, L.P.*

OF COUNSEL:

William F. Lee
James B. Lampert
Donald R. Steinberg
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Amr O. Aly
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

May 9, 2007

821374

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Francis DiGiovanni
> Connolly Bove Lodge & Hutz LLP
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP

I further certify that I caused copies of the foregoing document to be served on May 9, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

> Francis DiGiovanni
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19899
> fdigiovanni@cblh.com
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801
> rhorwitz@potteranderson.com

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
rsmith@mnat.com