IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. and G&T CONVEYOR CO., <br><br>  Plaintiffs, <br><br>  v. <br><br> SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC. BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., BLACKSTONE GROUP L.P., THE WALT DISNEY CO. and WALT DISNEY PARKS AND RESORTS, LLC, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 07-127-*** ) ) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Paul V. Storm, Terrell Miller and Chris J. Kling of Storm LLP, 901 Main Street, Suite 7100, Dallas, Texas 75201 to represent defendant Busch Entertainment Corp. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: May 11, 2007
794409/31316

*Attorneys for Defendant Busch Entertainment Corp.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion


Date:   May 11, 2007         Signed:   /s/ Paul V. Storm
                                       Paul V. Storm
                                       Storm LLP
                                       901 Main Street, Suite 7100
                                       Dallas, Texas 75201
                                       Telephone: (214) 347-4700
                                       Facsimile: (214) 347-4799
                                       PaulStorm@alliplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion


Date:  May 11, 2007          Signed:   */s/ Terrell Miller*
                                       Terrell Miller
                                       Storm LLP
                                       901 Main Street, Suite 7100
                                       Dallas, Texas  75201
                                       Telephone: (214) 347-4700
                                       Facsimile: (214) 347-4799
                                       TerrellMiller@alliplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 11, 2007        Signed:    /s/ Chris J. Kling
                                     Chris J. Kling
                                     Storm LLP
                                     901 Main Street, Suite 7100
                                     Dallas, Texas 75201
                                     Telephone: (214) 347-4700
                                     Facsimile: (214) 347-4799
                                     ChrisKling@alliplaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 11, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Francis DiGiovanni
Geoffrey A. Zelley
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 11, 2007, I have Electronically Mailed the documents to the following:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 S. Grand Ave., Suite 3150
Los Angeles, CA 90071
smiller@cblh.com

William F. Lee
James B. Lampert
Donald R. Steinberg
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
William.lee@wilmerhale.com
James.lampert@wilmerhale.com
Don.steinberg@silmerhale.com

David B. Bassett
Amr O. Aly
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
David.bassett@wilmerhale.com
Amr.aly@wilmerhale.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

793761 / 31316