**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP., and G&T CONVEYOR CO., <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., and BLACKSTONE GROUP L.P., <br><br> Defendants. | Civil Action No. 07-127-\*\*\* |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of **PLAINTIFFS' FIRST SET OF**

**REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-89)** and

**PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-13)** were served as follows

upon the following attorneys of record on May 25, 2007.

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL AND HAND DELIVERY** |
|---|---|
| Jack B. Blumenfeld | Richard L. Horwitz |
| Rodger D. Smith II | Potter Anderson & Corroon LLP |
| Morris, Nichols, Arsht & Tunnell, LLP | Hercules Plaza, 6th Floor |
| 1201 N. Market Street | 1313 North Market Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | rhorwitz@potteranderson.com |
| jblumenfeld@mnat.com | |
| rsmith@mnat.com | |

**VIA E-MAIL**
Jeffrey M. Lenkov
Manning & Marder Kass Ellrod
  Ramirez LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
jml@mmker.com

**VIA E-MAIL**
Amr O. Aly
WilmerHale
399 Park Avenue
New York, NY  10022
amr.aly@wilmerhale.com

**VIA E-MAIL**
Paul V. Storm
Terrell R. Miller
Storm LLP
Bank of America Plaza
901 Main Street, Suite 7100
Dallas, TX 75202
paulstorm@alliplaw.com
terrellmiller@alliplaw.com

Dated:  May 25, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Geoffrey A. Zelley (#4939)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

Scott R. Miller
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
(213) 787-2500

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case.

I further certify that on May 25, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

### BY E-MAIL

Jeffrey M. Lenkov
Manning & Marder Kass Ellrod
    Ramirez LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
jml@mmker.com

Amr O. Aly
WilmerHale
399 Park Avenue
New York, NY 10022
amr.aly@wilmerhale.com

Terrell R. Miller
Storm LLP
Bank of America Plaza
901 Main Street, Suite 7100
Dallas, TX 75202
terrellmiller@alliplaw.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

541353v1