IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>SIX FLAGS, INC., a Delaware corporation, SIX FLAGS THEME PARKS INC., a Delaware corporation, SF PARTNERSHIP, a Delaware partnership, TIERCO MARYLAND, INC., a Delaware corporation, BUSCH ENTERTAINMENT CORP., a Delaware corporation, CEDAR FAIR LP, a Delaware limited partnership, PARAMOUNT PARKS, INC., a Delaware corporation, NBC UNIVERSAL, INC., a Delaware corporation, UNIVERSAL STUDIOS, INC., a Delaware corporation, and BLACKSTONE GROUP L.P., a Delaware limited partnership,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-127-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Initial Disclosures Of Defendants Cedar Fair LP And Paramount Parks, Inc. Pursuant To Fed. R. Civ. P. 26(a)(1); (2) Initial Disclosures Of Defendants NBC Universal, Inc., Universal Studios, Inc., And The Blackstone Group L.P. Pursuant To Fed. R. Civ. P. 26(a)(1); and (3) Initial Disclosures Of Defendants Six Flags, Inc., Six Flags Theme Parks, Inc., SF Partnership, And Tierco Maryland, Inc., Pursuant To Fed. R. Civ. P. 26(a)(1) were caused to be served on June 13, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
fdigiovanni@cblh.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Rodger D. Smith II*

       _____
       Jack B. Blumenfeld (#1014)
       Rodger D. Smith II (#3778)
       1201 North Market Street
       P.O. Box 1347
       Wilmington, DE 19899
       (302) 658-9200
       rsmith@mnat.com

       *Attorneys for Defendants Six Flags, Inc., Six Flags Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks, Inc., NBC Universal, Inc., Universal Studios, Inc. And The Blackstone Group, L.P.*

- 3 -

OF COUNSEL:

William F. Lee
James B. Lampert
Donald R. Steinberg
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Amr O. Aly
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

June 13, 2007
846036

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to the following counsel:

> Francis DiGiovanni
> Connolly Bove Lodge & Hutz LLP
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP

In addition, the undersigned hereby certifies that on June 13, 2007, copies of the foregoing were caused to be served in the manner indicated upon the following:

**BY EMAIL AND HAND**

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
fdigiovanni@cblh.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com