IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. and G&T CONVEYOR CO., <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC. BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., BLACKSTONE GROUP L.P., THE WALT DISNEY CO. and WALT DISNEY PARKS AND RESORTS, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 07-127-*** |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Busch Entertainment Corporation hereby certifies that copies of Defendant Busch Entertainment Corp.'s First Set of Written Interrogatories to Plaintiffs were caused to be served on June 14, 2007, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Francis DiGiovanni
Geoffrey A. Zelley
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 S. Grand Ave., Suite 3150
Los Angeles, CA 90071
smiller@cblh.com

William F. Lee
James B. Lampert
Donald R. Steinberg
Wilmer Cutler Pickering
    Hale and Dorr LLP
60 State Street
Boston, MA 02109
William.lee@wilmerhale.com
James.lampert@wilmerhale.com
Don.steinberg@wilmerhale.com

David B. Bassett
Amr O. Aly
Wilmer Cutler Pickering
    Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
David.bassett@wilmerhale.com
Amr.aly@wilmerhale.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul V. Storm
Terrell R. Miller
Christopher J. Kling
Storm LLP
901 Main Street, Suite 7100
Dallas, Texas 75202
Tel: (214) 347-4700
Fax: (214) 347-4799

Dated: June 14, 2007

801525 / 31316

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Busch Entertainment Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 14, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Francis DiGiovanni
Geoffrey A. Zelley
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on June 14, 2007, I have Electronically Mailed the documents to the following:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 S. Grand Ave., Suite 3150
Los Angeles, CA 90071
smiller@cblh.com

William F. Lee
James B. Lampert
Donald R. Steinberg
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
William.lee@wilmerhale.com
James.lampert@wilmerhale.com
Don.steinberg@wilmerhale.com

David B. Bassett
Amr O. Aly
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
David.bassett@wilmerhale.com
Amr.aly@wilmerhale.com

                                    */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

793761 / 31316