IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP., and G&T CONVEYOR CO., <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., SF PARTNERSHIP, TIERCO MARYLAND, INC., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., NBC UNIVERSAL, INC., UNIVERSAL STUDIOS, INC., and BLACKSTONE GROUP L.P., <br><br> Defendants. | Civil Action No. 07-127-*** |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME
TO FILE PROTECTIVE ORDER**

WHEREAS, the parties are negotiating in good faith a protective order that, pursuant to paragraph 4 of the Scheduling Order, as amended by Order of the Court (D.I. 49), is currently required to be filed by July 17, 2007;

WHEREAS, due to ongoing negotiations regarding the protective order, and the parties' schedules, the parties seek additional time to negotiate and file such a protective order;

IT IS SO ORDERED, this ____ day of _____, 2007, that the date by which the parties must submit a proposed protective order is extended to July 31, 2007.

_____
United States Magistrate Judge

| | |
|---|---|
| /s/ Francis DiGiovanni<br>Francis DiGiovanni (#3189)<br>Geoffrey A. Zelley (#4939)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>fdigiovanni@cblh.com<br><br>Of counsel:<br>Scott R. Miller<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>355 S. Grand Ave.<br>Suite 3150<br>Los Angeles, CA 90071<br>(213) 787-2500<br>smiller@cblh.com<br><br>*Attorneys for Plaintiffs* | /s/ Rodger D. Smith II<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br><br>Of counsel:<br>Amr O. Aly<br>WilmerHale<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br>amr.aly@wilmerhale.com<br><br>*Attorneys for Defendants Six Flags, Inc., Six Flags Theme Parks Inc., SF Partnership, Tierco Maryland, Inc., Cedar Fair LP, Paramount Parks, Inc., NBC Universal, Inc., Universal Studios, Inc., and Blackstone Group L.P.* |

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Of counsel:
Paul V. Storm
Terrell R. Miller
Storm LLP
Bank of America Plaza
901 Main Street, Suite 7100
Dallas, TX 75202
paulstorm@alliplaw.com
terrellmiller@alliplaw.com

*Attorneys for Defendant Busch Entertainment Corp.*