IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP., and G&T CONVEYOR CO., <br><br>    Plaintiffs, <br><br>    v. <br><br>SIX FLAGS THEME PARKS INC., TIERCO MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP., RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS, LTD., ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., ELITCH GARDENS, L.P., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., UNIVERSAL CITY STUDIOS LLLP, <br><br>    Defendants. | Civil Action No. 07-127-*** |

**PLAINTIFFS' REPLY TO COUNTERCLAIMS OF DEFENDANTS SIX FLAGS THEME PARKS INC., TIERCO MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP., RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS, LTD., ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., ELITCH GARDENS, L.P., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., AND UNIVERSAL CITY STUDIOS LLLP**

    Plaintiffs and Counterclaim Defendants Safety Braking Corp. ("Safety Braking"), Magnetar Technologies Corp. ("Magnetar"), and G&T Conveyor Co. ("G&T") (collectively "Plaintiffs") reply as follows to the counterclaims in the ANSWER AND COUNTERCLAIMS

TO PLAINTIFFS' FIRST AMENDED COMPLAINT OF DEFENDANTS SIX FLAGS THEME PARKS INC., TIERCO MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP, RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS, LTD., ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., ELITCH GARDENS, L.P., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., AND UNIVERSAL CITY STUDIOS LLLP (hereafter "the Counterclaims") filed in this action:

45. Plaintiffs admit the specific allegations contained in paragraph 45 of the Counterclaims.

46. Plaintiffs admit the specific allegations contained in paragraph 46 of the Counterclaims.

47. Plaintiffs admit the specific allegations contained in paragraph 47 of the Counterclaims.

48. Plaintiffs admit the specific allegations contained in paragraph 48 of the Counterclaims.

49. Plaintiffs admit the specific allegations contained in paragraph 49 of the Counterclaims.

50. Plaintiffs admit the specific allegations contained in paragraph 50 of the Counterclaims.

51. Plaintiffs admit the specific allegations contained in paragraph 51 of the Counterclaims.

52. Plaintiffs admit the specific allegations contained in paragraph 52 of the Counterclaims.

53. Plaintiffs admit the specific allegations contained in paragraph 53 of the Counterclaims.

54. Plaintiffs admit the specific allegations contained in paragraph 54 of the Counterclaims.

55. Plaintiffs admit the specific allegations contained in paragraph 55 of the Counterclaims.

56. Plaintiffs admit the specific allegations contained in paragraph 56 of the Counterclaims.

57. Plaintiffs admit the specific allegations contained in paragraph 57 of the Counterclaims.

58. Plaintiffs admit the specific allegations contained in paragraph 58 of the Counterclaims.

59. Plaintiffs admit the specific allegations contained in paragraph 59 of the Counterclaims.

60. Plaintiffs admit the specific allegations contained in paragraph 60 of the Counterclaims.

61. Plaintiffs admit the specific allegations contained in paragraph 61 of the Counterclaims.

62. Plaintiffs admit the specific allegations contained in paragraph 62 of the Counterclaims.

63. Plaintiffs admit the specific allegations contained in paragraph 63 of the Counterclaims.

64. Plaintiffs admit the specific allegations contained in paragraph 64 of the Counterclaims.

65. Plaintiffs admit the specific allegations contained in paragraph 65 of the Counterclaims.

66. Plaintiffs admit the specific allegations contained in paragraph 66 of the Counterclaims.

67. Plaintiffs admit the specific allegations contained in paragraph 67 of the Counterclaims.

## JURISDICTION AND VENUE

68. The allegation of Paragraph 68 is a legal conclusion to which no response is required.

69. The allegation of Paragraph 69 is a legal conclusion to which no response is required.

## ACTUAL CASE OR CONTROVERSY

70. Plaintiffs admit the specific allegations contained in paragraph 70 of the Counterclaims.

71. Plaintiffs admit the specific allegations contained in paragraph 71 of the Counterclaims.

72. Plaintiffs admit the specific allegations contained in paragraph 72 of the Counterclaims.

## FIRST COUNTERCLAIM FOR RELIEF

73. Plaintiffs incorporate their responses to Paragraphs 45 through 72 of the Counterclaims as though fully set forth herein.

74. Plaintiffs deny each and every allegation contained in Paragraph 74 of the Counterclaims.

75. Plaintiffs deny each and every allegation contained in Paragraph 75 of the Counterclaims.

76. Plaintiffs deny each and every allegation contained in Paragraph 76 of the Counterclaims.

77. Plaintiffs deny each and every allegation contained in Paragraph 77 of the Counterclaims.

78. Plaintiffs deny each and every allegation contained in Paragraph 78 of the Counterclaims.

79. Plaintiffs deny each and every allegation contained in Paragraph 79 of the Counterclaims.

80. Plaintiffs deny each and every allegation contained in Paragraph 80 of the Counterclaims.

## SECOND COUNTERCLAIM FOR RELIEF

81. Plaintiffs and Counterclaim Defendants incorporate their responses to Paragraphs 43 through 70 of the Counterclaims as though fully set forth herein.

82. Plaintiffs deny each and every allegation contained in Paragraph 82 of the Counterclaims.

83. Plaintiffs deny each and every allegation contained in Paragraph 83 of the Counterclaims.

84. Plaintiffs deny each and every allegation contained in Paragraph 84 of the Counterclaims.

85. Plaintiffs deny each and every allegation contained in Paragraph 85 of the Counterclaims.

86. Plaintiffs deny each and every allegation contained in Paragraph 86 of the Counterclaims.

**WHEREFORE**, the Plaintiffs and Counterclaim Defendants request the following relief:

A. That the Counterclaims be dismissed with prejudice.

B. That all relief prayed for by Counterclaim Plaintiffs be denied.

C. That the relief requested by Plaintiffs and Counterclaim Defendants in the Complaint herein be granted.

D. For such other and further relief that this Court may deem just and proper.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Geoffrey A. Zelley (#4939)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Scott R. Miller
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
(213) 787-2500

Dated: September 12, 2007                                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case.  I further certify that on September 12, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |

**BY E-MAIL**

| | |
|---|---|
| David B. Bassett<br>Amr O. Aly<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>david.bassett@wilmerhale.com<br>amr.aly@wilmerhale.com | William F. Lee<br>James B. Lampert<br>Donald R. Steinberg<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>william.lee@wilmerhale.com<br>james.lampert@wilmerhale.com<br>don.steinberg@wilmerhale.com |
| Paul V. Storm<br>Terrell R. Miller<br>Christopher J. Kling<br>Bank of America Plaza<br>901 Main Street, Suite 7100<br>Dallas, TX  75202<br>paulstorm@alliplaw.com<br>terrellmiller@alliplaw.com<br>chriskling@alliplaw.com | |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)