IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP. and G&T CONVEYOR CO., <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS THEME PARKS INC., TIERCO MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP., RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS LTD, ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., ELITCH GARDENS, L.P., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., UNIVERSAL CITY STUDIOS LLLP, <br><br> Defendants. | C. A. No. 07-127-*** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Busch Entertainment Corporation hereby certifies that copies of Busch Entertainment Corp.'s Response to Requests for Production of Documents and Things (Nos. 1-89); and Busch Entertainment Corp.'s Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-13) were caused to be served on September 13, 2007, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Francis DiGiovanni  
Geoffrey A. Zelley  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
1007 North Orange Street  
Wilmington, DE 19899

Jack B. Blumenfeld  
Rodger Dallery Smith, II  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P. O. Box 1347  
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Scott R. Miller  
Connolly Bove Lodge & Hutz LLP  
355 S. Grand Ave., Suite 3150  
Los Angeles, CA 90071  
smiller@cblh.com

William F. Lee  
James B. Lampert  
Donald R. Steinberg  
Wilmer Cutler Pickering  
    Hale and Dorr LLP  
60 State Street  
Boston, MA 02109  
William.lee@wilmerhale.com  
James.lampert@wilmerhale.com  
Don.steinberg@wilmerhale.com

David B. Bassett  
Amr O. Aly  
Wilmer Cutler Pickering  
    Hale and Dorr LLP  
399 Park Avenue  
New York, NY 10022  
David.bassett@wilmerhale.com  
Amr.aly@wilmerhale.com

OF COUNSEL:

Paul V. Storm  
Terrell R. Miller  
John W. MacPete  
Christopher J. Kling  
STORM LLP  
901 Main Street, Suite 7100  
Dallas, Texas 75202  
Tel: (214) 347-4700

Dated: September 13, 2007  
818752 / 31316

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore  
    Richard L. Horwitz (#2246)  
    David E. Moore (#3983)  
    Hercules Plaza, 6th Floor  
    1313 North Market Street  
    Wilmington, DE 19801  
    Tel: (302) 984-6000\  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com

*Attorneys for Defendant*  
*Busch Entertainment Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 13, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 13, 2007, I have Electronically Mailed the document to the following person(s):

Francis DiGiovanni
Geoffrey A. Zelley
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
fdigiovanni@cblh.com
gzelley@cblh.com

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 S. Grand Ave., Suite 3150
Los Angeles, CA 90071
smiller@cblh.com

William F. Lee
James B. Lampert
Donald R. Steinberg
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
William.lee@wilmerhale.com
James.lampert@wilmerhale.com
Don.steinberg@wilmerhale.com

David B. Bassett
Amr O. Aly
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
David.bassett@wilmerhale.com
Amr.aly@wilmerhale.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

793761 / 31316