IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS THEME PARKS INC., a Delaware corporation, TIERCO MARYLAND, INC., a Delaware corporation, GREAT AMERICA LLC, an Illinois company, KKI, LLC, a Delaware company, MAGIC MOUNTAIN LLC, a California company, PARK MANAGEMENT CORP, a California corporation, RIVERSIDE PARK ENTERPRISES, INC., a Mass. Corp., SIX FLAGS OVER GEORGIA II, L.P., a Delaware partnership, SIX FLAGS ST. LOUIS LLC, a Missouri company, TEXAS FLAGS, LTD., a Texas partnership, ASTROWORLD, L.P., a Delaware partnership, DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., a New York corporation, ELITCH GARDENS, L.P., a Colorado partnership, BUSCH ENTERTAINMENT CORP., a Delaware corporation, CEDAR FAIR LP, a Delaware limited partnership, PARAMOUNT PARKS, INC., a Delaware corporation, KNOTT'S BERRY FARM, a California partnership, KINGS ISLAND COMPANY, a Delaware corporation, CEDAR FAIR, an Ohio partnership, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., a Florida limited partnership, UNIVERSAL CITY STUDIOS LLLP, a Delaware partnership, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br>C.A. No. 07-127-*** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:

(1)     Defendants Six Flags Theme Parks Inc., Tierco Maryland, Inc., Great America LLC, KKI, LLC, Magic Mountain LLC, Park Management Corp, Riverside Park Enterprises, Inc., Six Flags Over Georgia II, L.P., Six Flags St. Louis LLC, Texas Flags, Ltd., Astroworld, L.P., Darien Lake Theme Park And Camping Resort, Inc., Elitch Gardens, L.P., Cedar Fair LP,

Paramount Parks, Inc., Knott's Berry Farm, Kings Island Company, And Cedar Fair's Objections And Responses To Plaintiffs' First Set Of Requests For Production Of Documents And Things (Nos. 1-89);

(2)     Defendants Six Flags Theme Parks Inc., Tierco Maryland, Inc., Great America LLC, KKI, LLC, Magic Mountain LLC, Park Management Corp, Riverside Park Enterprises, Inc., Six Flags Over Georgia II, L.P., Six Flags St. Louis LLC, Texas Flags, Ltd., Astroworld, L.P., Darien Lake Theme Park And Camping Resort, Inc., And Elitch Gardens, L.P.'S Objections And Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-13);

(3)     Defendants Cedar Fair LP, Paramount Parks, Inc., Knott's Berry Farm, Kings Island Company, And Cedar Fair's Objections And Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-13);

(4)     Defendants Six Flags Theme Parks Inc., Tierco Maryland, Inc., Great America LLC, KKI, LLC, Magic Mountain LLC, Park Management Corp, Riverside Park Enterprises, Inc., Six Flags Over Georgia II, L.P., Six Flags St. Louis LLC, Texas Flags, Ltd., Astroworld, L.P., Darien Lake Theme Park And Camping Resort, Inc., Elitch Gardens, L.P., Cedar Fair LP, Paramount Parks, Inc., Knott's Berry Farm, Kings Island Company, And Cedar Fair's Objections And Responses To Plaintiffs' Second Set Of Interrogatories (No. 14); and

(5)     Defendants Six Flags Theme Parks Inc., Tierco Maryland, Inc., Great America LLC, KKI, LLC, Magic Mountain LLC, Park Management Corp, Riverside Park Enterprises, Inc., Six Flags Over Georgia Ii, L.P., Six Flags St. Louis LLC, Texas Flags, Ltd., Astroworld, L.P., Darien Lake Theme Park And Camping Resort, Inc., Elitch Gardens, L.P., Cedar Fair LP, Paramount Parks, Inc., Knott's Berry Farm, Kings Island Company, And Cedar Fair's Disclosure Of Electronic Discovery Information

were caused to be served on September 13, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
fdigiovanni@cblh.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants Six Flags Theme Parks*
*Inc., Tierco Maryland, Inc., Great America LLC,*
*KKI, LLC, Magic Mountain LLC, Park*
*Management Corp, Riverside Park Enterprises,*
*Inc., Six Flags Over Georgia II, L.P., Six Flags St.*
*Louis LLC, Texas Flags, Ltd., Astroworld, L.P.,*
*Darien Lake Theme Park and Camping Resort, Inc.,*
*Elitch Gardens, L.P., Cedar Fair LP, Paramount*
*Parks, Inc., Knott's Berry Farm, Kings Island*
*Company, Cedar Fair, Universal City Development*
*Partners Ltd., and Universal City Studios LLLP*

OF COUNSEL:

William F. Lee
James B. Lampert
Donald R. Steinberg
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

David B. Bassett
Amr O. Aly
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

September 13, 2007
1233511

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to the following counsel:

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP

Richard L. Horwitz
Potter Anderson & Corroon LLP

In addition, the undersigned hereby certifies that on September 13, 2007, copies of the foregoing were caused to be served in the manner indicated upon the following:

### BY EMAIL AND HAND

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
fdigiovanni@cblh.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com