IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAFETY BRAKING CORPORATION,
MAGNETAR TECHNOLOGIES CORP.,
and G&T CONVEYOR CO.,

        Plaintiffs,

        v.

SIX FLAGS, INC., SIX FLAGS THEME
PARKS INC., SF PARTNERSHIP, TIERCO
MARYLAND, INC., BUSCH ENTERTAINMENT
CORP., CEDAR FAIR LP, PARAMOUNT
PARKS, INC., NBC UNIVERSAL, INC.,
UNIVERSAL STUDIOS, INC., and BLACKSTONE
GROUP L.P.,

        Defendants.

Civil Action No. 07-127-***

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **THE PLAINTIFFS'**

**RESPONSES TO DEFENDANTS SIX FLAGS THEME PARKS INC., TIERCO**

**MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC,**

**PARK MANAGEMENT CORP., RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS**

**OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS LTD.,**

**ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC.,**

**ELITCH GARDENS L.P., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S**

**BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR FIRST SET OF**

**INTERROGATORIES (NOS. 1-16)** was served as follows upon the following attorneys of

record on September 20, 2007:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
**VIA E-MAIL**
David B. Bassett
Amr O. Aly
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
amr.aly@wilmerhale.com

**VIA E-MAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
**VIA E-MAIL**
William F. Lee
James B. Lampert
Donald R. Steinberg
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
james.lampert@wilmerhale.com
don.steinberg@wilmerhale.com

**VIA E-MAIL**
Paul V. Storm
Terrell R. Miller
Christopher J. Kling
Storm LLP
Bank of America Plaza
901 Main Street, Suite 7100
Dallas, TX 75202
paulstorm@alliplaw.com
terrellmiller@alliplaw.com
chriskling@alliplaw.com

Dated:  September 20, 2007

/s/ Geoffrey A. Zelley
Francis DiGiovanni (#3189)
Geoffrey A. Zelley (#4939)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

Scott R. Miller
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
(213) 787-2500

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on September 20, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

## BY E-MAIL AND HAND DELIVERY

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

## BY E-MAIL

David B. Bassett
Amr O. Aly
Wilmer Cutler Pickering Hale
   and Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
amr.aly@wilmerhale.com

William F. Lee
James B. Lampert
Donald R. Steinberg
Wilmer Cutler Pickering Hale
   and Dorr LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
james.lampert@wilmerhale.com
don.steinberg@wilmerhale.com

Paul V. Storm
Terrell R. Miller
Christopher J. Kling
Bank of America Plaza
901 Main Street, Suite 7100
Dallas, TX 75202
paulstorm@alliplaw.com
terrellmiller@alliplaw.com
chriskling@alliplaw.com

/s/ Geoffrey A. Zelley
Geoffrey A. Zelley (#4939)