**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**HAND DELIVER**
Honorable Mary Pat Thynge
United States District Court
844 King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

Re:   Safety Braking Corp. et al. v. Six Flags Theme Parks, Inc. et al.
      C.A. No. 07-127-***

Dear Judge Thynge:

Pursuant to paragraph 7 of the June 6, 2007 Scheduling Order in this case (D.I. 43), I am writing on behalf of counsel for all parties to provide an interim status report on the nature of the matters at issue in this case and the progress of discovery to date.

Discovery is still at an early stage in this case. The parties have all served Requests for the Production of Documents and Interrogatories, and, with one exception (under an agreement to explore possible settlement), each party has served responses to those discovery requests. To date, none of the parties have produced documents. Production of documents has been postponed in order to facilitate discussions between Plaintiffs and Defendants, seeking resolution without trial. As a result of these discussions, an agreement has been reached between Plaintiffs and one Defendant for full settlement of any claims raised against that Defendant, the documentation of which is expected to be finalized within the next few weeks. Discussions between Plaintiffs and the remaining Defendants continued through the end of last week. No global resolution was reached, and thus, the parties expect to resume their discovery activities. The parties expect to continue to discuss possible settlements as discovery moves forward.

In light of the early stages of the case at present, all parties believe that the Status Conference scheduled for October 15, 2007, pursuant to paragraph 8 of the Scheduling Order, would be premature at this time. As such, it is suggested that the status conference be deferred for 60 days and rescheduled for December 14, 2007, if that date is convenient for the Court.

Respectfully submitted,

Geoffrey A. Zelley

Cc: Frank DiGiovanni, Esq.
Cc: Scott Miller, Esq.
Cc: Amr Aly, Esq.
Cc: Terrell Miller, Esq.
Cc: Rodger Smith, Esq.