IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    C. A. No. 07-127-*** <br> : |
| SIX FLAGS, INC., a Delaware corporation, et al., | : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **10th** day of **October, 2007**.

IT IS ORDERED that the status conference scheduled for October 15, 2007 has been rescheduled to **Friday, December 14, 2007 at 10:00 a.m. Geoffrey A. Zelley, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE