IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP., and G&T CONVEYOR CO., <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS THEME PARKS INC., TIERCO MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP., RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS, LTD., ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., ELITCH GARDENS, L.P., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., UNIVERSAL CITY STUDIOS LLLP, <br><br> Defendants. | Civil Action No. 07-127-*** |

### STIPULATION AND PROPOSED ORDER FOR STAY OF DATES FOR DEFENDANTS UNIVERSAL CITY DEVELOPMENT PARTNERS LTD. AND UNIVERSAL CITY STUDIOS LLLP

WHEREAS, Defendants Universal City Development Partners Ltd. and Universal City Studios LLLP ("Universal Defendants") and Plaintiffs have reached an agreement settling claims against one another that is expected to result in dismissal of the Universal Defendants from this case within thirty days;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the following dates be stayed for thirty days for the Universal Defendants:

   i)   Exchange of claim terms, currently scheduled for November 30;

ii) Submission of joint claim construction charts, currently scheduled for December 5;

iii) Deadline for filing of motions to join other parties, currently scheduled for December 10;

iv) Initial briefs on claim construction, currently scheduled for December 20.

IT IS FURTHER STIPULATED AND AGREED, subject to the approval of the Court, that the Universal Defendants will not be required to participate in the scheduled December 14 Status Conference.

/s/ Geoffrey A. Zelley
Francis DiGiovanni (#3189)
Geoffrey A. Zelley (#4939)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com
gzelley@cblh.com

Of counsel:
Scott R. Miller
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
(213) 787-2500
smiller@cblh.com
*Attorneys for Plaintiffs*

/s/ Rodger D. Smith II
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

Of counsel:
Amr O. Aly
WilmerHale
399 Park Avenue
New York, NY 10022
(212) 230-8800
amr.aly@wilmerhale.com
*Attorneys for Defendants Universal City Development Partners Ltd. and Universal City Studios LLLP*

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on November 28, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |

### BY E-MAIL

| | |
|---|---|
| David B. Bassett<br>Amr O. Aly<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>david.bassett@wilmerhale.com<br>amr.aly@wilmerhale.com | William F. Lee<br>James B. Lampert<br>Donald R. Steinberg<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>william.lee@wilmerhale.com<br>james.lampert@wilmerhale.com<br>don.steinberg@wilmerhale.com |
| Paul V. Storm<br>Terrell R. Miller<br>Christopher J. Kling<br>Bank of America Plaza<br>901 Main Street, Suite 7100<br>Dallas, TX 75202<br>paulstorm@alliplaw.com<br>terrellmiller@alliplaw.com<br>chriskling@alliplaw.com | |

/s/ Geoffrey A. Zelley
Geoffrey A. Zelley (#4939)