IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP., and G&T CONVEYOR CO.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIX FLAGS THEME PARKS INC., TIERCO MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP., RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS, LTD., ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., ELITCH GARDENS, L.P., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., UNIVERSAL CITY STUDIOS LLLP,<br><br>    Defendants. | Civil Action No. 07-127-*** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiffs, Safety Braking Corp., Magnetar Technologies Corp., and G&T Conveyor Co. ("Plaintiffs"), and defendants, Universal City Development Partners Ltd. and Universal City Studios LLLP ("Universal Defendants"), pursuant to Fed. R. Civ. P. 41(a), as follows:

1.   Plaintiffs hereby dismiss all claims made herein against the Universal Defendants with prejudice;

2.   Universal Defendants hereby dismiss any counterclaim and all claims made herein against Plaintiffs with prejudice; and

3. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ Rodger D. Smith II |
| Francis DiGiovanni (#3189) | Jack B. Blumenfeld (#1014) |
| Geoffrey A. Zelley (#4939) | Rodger D. Smith II (#3778) |
| CONNOLLY BOVE LODGE & HUTZ LLP | Morris, Nichols, Arsht & Tunnell, LLP |
| The Nemours Building | 1201 N. Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 658-9141 | jblumenfeld@mnat.com |
| fdigiovanni@cblh.com | rsmith@mnat.com |
| gzelley@cblh.com | |
| | |
| Of counsel: | Of counsel: |
| Scott R. Miller | Amr O. Aly |
| CONNOLLY BOVE LODGE & HUTZ LLP | WilmerHale |
| 355 S. Grand Ave. | 399 Park Avenue |
| Suite 3150 | New York, NY 10022 |
| Los Angeles, CA 90071 | (212) 230-8800 |
| (213) 787-2500 | amr.aly@wilmerhale.com |
| smiller@cblh.com | |
| | *Attorneys for Defendants Universal City* |
| *Attorneys for Plaintiffs* | *Development Partners Ltd. and Universal* |
| | *City Studios LLLP* |

SO ORDERED this _____ day of _____, 2007.

                                                                                                 _____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on December 9, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| David B. Bassett<br>Amr O. Aly<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>david.bassett@wilmerhale.com<br>amr.aly@wilmerhale.com | William F. Lee<br>James B. Lampert<br>Donald R. Steinberg<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>william.lee@wilmerhale.com<br>james.lampert@wilmerhale.com<br>don.steinberg@wilmerhale.com |
| Paul V. Storm<br>Terrell R. Miller<br>Christopher J. Kling<br>Bank of America Plaza<br>901 Main Street, Suite 7100<br>Dallas, TX 75202<br>paulstorm@alliplaw.com<br>terrellmiller@alliplaw.com<br>chriskling@alliplaw.com | |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)