# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC., a Delaware corporation, TIERCO MARYLAND, INC., a Delaware corporation, GREAT AMERICA LLC, an Illinois company, KKI, LLC, a Delaware company, MAGIC MOUNTAIN LLC, a California company, PARK MANAGEMENT CORP, a California corporation, RIVERSIDE PARK ENTERPRISES, INC., a Mass. Corp., SIX FLAGS OVER GEORGIA II, L.P., a Delaware partnership, SIX FLAGS ST. LOUIS LLC, a Missouri company, TEXAS FLAGS, LTD., a Texas partnership, ASTROWORLD, L.P., a Delaware partnership, DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., a New York corporation, ELITCH GARDENS, L.P., a Colorado partnership, BUSCH ENTERTAINMENT CORP., a Delaware corporation, CEDAR FAIR LP, a Delaware limited partnership, PARAMOUNT PARKS, INC., a Delaware corporation, KNOTT'S BERRY FARM, a California partnership, KINGS ISLAND COMPANY, a Delaware corporation, and CEDAR FAIR, an Ohio partnership,<br><br>Defendants. | C.A. No. 07-127-*** |

## AMENDED SCHEDULING ORDER

The Scheduling Order in this case (D.I. 43) is amended as follows:

1. <u>Joinder of other Parties and Amendment of Pleadings</u>. All motions to join other parties shall be filed on or before **February 8, 2008**. All motions to amend or supplement the pleadings shall be filed on or before **March 21, 2008**.

2. <u>Discovery Cut Off</u>.  All fact discovery in this case shall be initiated so that it will be completed on or before **June 30, 2008**.

3. <u>Disclosure of Expert Testimony</u>.  For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **July 28, 2008**.  The supplemental disclosure to contradict or rebut on the same matter identified by another party is due on or before **August 25, 2008**.  Expert depositions shall be completed by **September 29, 2008**.

4. <u>Case Dispositive Motions</u>.  All case dispositive motions, an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before **October 20, 2008**.

5. <u>Claim Construction Issue Identification</u>.  On **July 14, 2008**, the parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those claim term(s)/phrase(s).  Subsequent to exchanging that list, the parties will meet and confer to prepare a Joint Claim Construction Chart to be submitted on **October 13, 2008**.

7. <u>Claim Construction</u>.  The parties shall contemporaneously submit initial briefs on claim construction issues on **October 20, 2008**.  The parties' answering/responsive briefs shall be contemporaneously submitted on **November 20, 2008**.

8. <u>Status Conference</u>.  A telephone status conference is scheduled for **July 30, 2008** at 11:00 a.m. to discuss new dates for the Technology Tutorial, Claim Construction Hearing, Pretrial Conference and Trial.  The dates set in paragraphs 9, 13, 15 and 18 of the original Scheduling Order (D.I. 43) are hereby vacated.

      9.    All other provisions of the original Scheduling Order (D.I. 43) remain in full force and effect.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
|---|---|
| /s/ Francis DiGiovanni<br>Francis DiGiovanni (#3189)<br>Geoffrey A. Zelley (#4939)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>fdigiovanni@cblh.com<br><br>*Attorneys for Plaintiffs* | /s/ Rodger D. Smith II<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br><br>*Attorneys for Defendants Six Flags Theme Parks Inc., Tierco Maryland, Inc., Great America LLC, KKI, LLC, Magic Mountain LLC, Park Management Corp, Riverside Park Enterprises, Inc., Six Flags Over Georgia II, L.P., Six Flags St. Louis LLC, Texas Flags, Ltd., Astroworld, L.P., Darien Lake Theme Park and Camping Resort, Inc., Elitch Gardens, L.P., Cedar Fair LP, Paramount Parks, Inc., Knott's Berry Farm, Kings Island Company and Cedar Fair* |

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Busch Entertainment Corp.*

        SO ORDERED this ___ day of _____, 2007.

_____
United States Magistrate Judge

1323490

- 4 -