**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC., a Delaware corporation, TIERCO MARYLAND, INC., a Delaware corporation, GREAT AMERICA LLC, an Illinois company, KKI, LLC, a Delaware company, MAGIC MOUNTAIN LLC, a California company, PARK MANAGEMENT CORP, a California corporation, RIVERSIDE PARK ENTERPRISES, INC., a Mass. Corp., SIX FLAGS OVER GEORGIA II, L.P., a Delaware partnership, SIX FLAGS ST. LOUIS LLC, a Missouri company, TEXAS FLAGS, LTD., a Texas partnership, ASTROWORLD, L.P., a Delaware partnership, DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., a New York corporation, ELITCH GARDENS, L.P., a Colorado partnership, BUSCH ENTERTAINMENT CORP., a Delaware corporation, CEDAR FAIR LP, a Delaware limited partnership, PARAMOUNT PARKS, INC., a Delaware corporation, KNOTT'S BERRY FARM, a California partnership, KINGS ISLAND COMPANY, a Delaware corporation, CEDAR FAIR, an Ohio partnership, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., a Florida limited partnership, UNIVERSAL CITY STUDIOS LLLP, a Delaware partnership,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-127 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT the appearances of Richard L. Horwitz and David E. Moore of the law firm of POTTER, ANDERSON & CORROON LLP and the appearances of

- 2 -

Paul V. Storm, Terrell R. Miller and Chris J. Kling of the law firm of STORM LLP are hereby withdrawn as counsel of record for defendant Busch Entertainment Corp. ("Busch").

PLEASE TAKE FURTHER NOTICE THAT Jack B. Blumenfeld and Rodger D. Smith II of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Ted S. Ward of BERKE, KENT & WARD LLP, 624 South Grand Avenue, Suite 2940, Los Angeles, California 90017, and Glenn W. Trost of WHITE & CASE LLP, 633 West Fifth Street, Suite 1900, Los Angeles, California 90017, hereby enter their appearances on behalf of Busch.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Rodger D. Smith II* |
| Richard L. Horwitz (#2246) | Jack B. Blumenfeld (#1014) |
| David E. Moore (#3983) | Rodger D. Smith II (#3778) |
| Hercules Plaza, 6th Floor | 1201 N. Market Street |
| 1313 N. Market Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6000 | (302) 658-9200 |
| rhorwitz@potteranderson.com | rsmith@mnat.com |

February 4, 2008

1378481

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 4, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to the following counsel:

>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP

In addition, the undersigned hereby certifies that on February 4, 2008, copies of the foregoing were caused to be served in the manner indicated upon the following:

>**BY EMAIL AND HAND**
>
>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19899
>fdigiovanni@cblh.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>rsmith@mnat.com