IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAFETY BRAKING CORPORATION,<br>MAGNETAR TECHNOLOGIES CORP.,<br>G&T CONVEYOR CO.,<br><br>               Plaintiffs,<br>   v.<br><br>SIX FLAGS THEME PARKS INC.,<br>TIERCO MARYLAND, INC.,<br>BUSCH ENTERTAINMENT CORP., CEDAR<br>FAIR LP, PARAMOUNT PARKS INC.,<br>GREAT AMERICA LLC, KKI, LLC, MAGIC<br>MOUNTAIN, LLC, PARK MANAGEMENT CORP.,<br>RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS<br>OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS,<br>LLC, TEXAS FLAGS, LTD, ASTROWORLD, L.P.<br>DARIEN LAKE THEME PARK AND CAMPING<br>RESORT, INC., ELITCH GARDENS, L.P., KNOTT'S<br>BERRY FARM, KINGS ISLAND COMPANY,<br>UNIVERSAL CITY DEVELOPMENT<br>PARTNERS LTD., UNIVERSAL CITY STUDIOS<br>LLLP., and CEDAR FAIR,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-127-JJF |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Connolly Bove Lodge & Hutz LLP hereby withdraws its appearance, and Ashby & Geddes hereby enters its appearance, as counsel to plaintiffs Magnetar Technologies Corp. and G&T Conveyor Co. in the above action. Representation of plaintiff Safety Braking Corporation shall not be affected by this filing.

{00206467;v1}

| CONNOLLY BOVE LODGE & HUTZ LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Francis DiGiovanni* | /s/ *Steven J. Balick* |
| Francis DiGiovanni (I.D. #3189)<br>Geoffrey A. Zelley (I.D. #4939)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>302-658-9141 | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888 |

Dated: April 11, 2008