IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAFETY BRAKING CORPORATION, | ) | |
| MAGNETAR TECHNOLOGIES CORP., | ) | |
| G&T CONVEYOR CO., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-127-JJF |
| | ) | |
| SIX FLAGS THEME PARKS INC., | ) | |
| TIERCO MARYLAND, INC., | ) | |
| BUSCH ENTERTAINMENT CORP., CEDAR | ) | |
| FAIR LP, PARAMOUNT PARKS INC., | ) | |
| GREAT AMERICA LLC, KKI, LLC, MAGIC | ) | |
| MOUNTAIN, LLC, PARK MANAGEMENT CORP., | ) | |
| RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS | ) | |
| OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS, | ) | |
| LLC, TEXAS FLAGS, LTD, ASTROWORLD, L.P. | ) | |
| DARIEN LAKE THEME PARK AND CAMPING | ) | |
| RESORT, INC., ELITCH GARDENS, L.P., KNOTT'S | ) | |
| BERRY FARM, KINGS ISLAND COMPANY, | ) | |
| UNIVERSAL CITY DEVELOPMENT | ) | |
| PARTNERS LTD., UNIVERSAL CITY STUDIOS | ) | |
| LLP., and CEDAR FAIR, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Raymond P. Niro, Joseph N. Hosteny, Patrick F. Solon, and Nicholas M.

Dudziak to represent the plaintiffs in this matter.   Pursuant to this Court's Standing Order

effective January 1, 2005, a check in the amount of $100.00 is being submitted to cover the

annual fee for the attorneys listed above.

ASHBY & GEDDES

/s/ *Steven J. Balick*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

Dated:  April 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAFETY BRAKING CORPORATION, | ) | |
| MAGNETAR TECHNOLOGIES CORP., | ) | |
| G&T CONVEYOR CO., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-127-JJF |
| | ) | |
| SIX FLAGS THEME PARKS INC., | ) | |
| TIERCO MARYLAND, INC., | ) | |
| BUSCH ENTERTAINMENT CORP., CEDAR | ) | |
| FAIR LP, PARAMOUNT PARKS INC., | ) | |
| GREAT AMERICA LLC, KKI, LLC, MAGIC | ) | |
| MOUNTAIN, LLC, PARK MANAGEMENT CORP., | ) | |
| RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS | ) | |
| OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS, | ) | |
| LLC, TEXAS FLAGS, LTD, ASTROWORLD, L.P. | ) | |
| DARIEN LAKE THEME PARK AND CAMPING | ) | |
| RESORT, INC., ELITCH GARDENS, L.P., KNOTT'S | ) | |
| BERRY FARM, KINGS ISLAND COMPANY, | ) | |
| UNIVERSAL CITY DEVELOPMENT | ) | |
| PARTNERS LTD., UNIVERSAL CITY STUDIOS | ) | |
| LLLP., and CEDAR FAIR | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This _____ day of _____, 2008, the Court having

considered the motion for the admission *pro hac vice* of Raymond P. Niro, Joseph N. Hosteny,

Patrick F. Solon, and Nicholas M. Dudziak to represent the plaintiffs in the above action; now

therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorneys are admitted *pro hac vice*.

_____
United States District Judge

{00206742;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Raymond P. Niro
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Dated: 4/10/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Joseph N. Hosteny
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Dated: *April 10, 2008*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Patrick F. Solon
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Dated: April 11, 2008

{00206742:v1}

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Nicholas M. Dudziak
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Dated: 4-10-08