IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAFETY BRAKING CORPORATION, | ) | |
| MAGNETAR TECHNOLOGIES CORP., | ) | |
| G&T CONVEYOR CO., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-127-JJF |
| | ) | |
| SIX FLAGS THEME PARKS INC., | ) | |
| TIERCO MARYLAND, INC., GREAT AMERICA LLC, | ) | |
| KKI, LLC, MAGIC MOUNTAIN LLC, PARK | ) | |
| MANAGEMENT CORP., RIVERSIDE PARK | ) | |
| ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, | ) | |
| L.P., SIX FLAGS ST. LOUIS, LLC, TEXAS FLAGS, | ) | |
| LTD, ASTROWORLD, L.P., DARIEN LAKE THEME | ) | |
| PARK AND CAMPING RESORT, INC., ELITCH | ) | |
| GARDENS, L.P., BUSCH ENTERTAINMENT CORP., | ) | |
| CEDAR FAIR LP, PARAMOUNT PARKS INC., | ) | |
| KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, | ) | |
| and CEDAR FAIR, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of May, 2008, **PLAINTIFFS MAGNETAR TECHNOLOGIES CORP'S AND G&T CONVEYOR CO'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 90-94) TO EACH DEFENDANT** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                              HAND DELIVERY
Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE  19801

{00213153;v1}

| | |
|---|---|
| Ted S. Ward, Esquire<br>Berke Kent & Ward LLP<br>624 South Grand Avenue<br>Suite 2940<br>Los Angeles, CA  90017 | <u>VIA ELECTRONIC MAIL</u> |
| Glenn W. Trost, Esquire<br>White and Case LLP<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles, CA  90071 | <u>VIA ELECTRONIC MAIL</u> |

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888

*Attorneys for Plaintiffs Magnetar Braking Corporation and G&T Conveyor Co.*

*Of Counsel:*

Raymond P. Niro
Joseph N. Hosteny
Patrick F. Solon
Nicholas M. Dudziak
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Dated:  May 28, 2008