# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFETY BRAKING CORPORATION, MAGNETAR TECHNOLOGIES CORP., and G&T CONVEYOR CO., <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS THEME PARKS INC., TIERCO MARYLAND, INC., GREAT AMERICA LLC, KKI, LLC, MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP., RIVERSIDE PARK ENTERPRISES, INC., SIX FLAGS OVER GEORGIA II, L.P., SIX FLAGS ST. LOUIS LLC, TEXAS FLAGS, LTD., ASTROWORLD, L.P., DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., ELITCH GARDENS, L.P., BUSCH ENTERTAINMENT CORP., CEDAR FAIR LP, PARAMOUNT PARKS, INC., KNOTT'S BERRY FARM, KINGS ISLAND COMPANY, CEDAR FAIR, <br><br> Defendants. | Civil Action No. 07-127-*** |

## STIPULATION AND ORDER OF DISMISSAL
## OF SAFETY BRAKING CORPORATION

WHEREAS, Safety Braking Corporation represents that it no longer has any interest in the patents-in-suit, legal, equitable, or otherwise;

IT IS HEREBY STIPULATED by and between plaintiffs Safety Braking Corporation, Magnetar Technologies Corp., and G&T Conveyor Co., and the defendants, pursuant to Fed. R. Civ. P. 41(a), as follows:

1. Safety Braking Corporation is hereby dismissed from this case;

2. Safety Braking Corporation will not assert any claims against defendants, now or in the future, for any alleged infringement of the patents-in-suit, including any past infringement.

3. Defendants hereby dismiss all counterclaims to the extent they are made herein against Safety Braking Corporation; and

4. With respect to the dismissed claims, each party shall bear its own costs and attorneys' fees.

5. This Stipulation and Order shall have no effect on the continued maintenance of this action (including claims and counterclaims) as between plaintiffs Magnetar Technologies Corp. and G&T Conveyor Co., and the defendants, and shall be without prejudice to any defenses, including without limitation that the remaining plaintiffs lack standing to assert their claims.

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ Rodger D. Smith II |
| Francis DiGiovanni (#3189) | Jack B. Blumenfeld (#1014) |
| Geoffrey A. Zelley (#4939) | Rodger D. Smith II (#3778) |
| Connolly Bove Lodge & Hutz LLP | Morris, Nichols, Arsht & Tunnell, LLP |
| The Nemours Building | 1201 N. Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 658-9200 |
| fdigiovanni@cblh.com | jblumenfeld@mnat.com |
| *Attorneys for Safety Braking Corporation* | rsmith@mnat.com |
| | *Attorneys for Defendants* |

/s/ Steven J. Balick
Steven J. Balick (#2114)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
*Attorneys for Magnetar Technologies Corp.
and G&T Conveyor Co.*

SO ORDERED this _____ day of _____, 2008.

_____
United States Magistrate Judge