**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS THEME PARKS INC., a Delaware corporation, TIERCO MARYLAND, INC., a Delaware corporation, GREAT AMERICA LLC, an Illinois company, KKI, LLC, a Delaware company, MAGIC MOUNTAIN LLC, a California company, PARK MANAGEMENT CORP, a California corporation, RIVERSIDE PARK ENTERPRISES, INC., a Mass. Corp., SIX FLAGS OVER GEORGIA II, L.P., a Delaware partnership, SIX FLAGS ST. LOUIS LLC, a Missouri company, TEXAS FLAGS, LTD., a Texas partnership, ASTROWORLD, L.P., a Delaware partnership, DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., a New York corporation, ELITCH GARDENS, L.P., a Colorado partnership, BUSCH ENTERTAINMENT CORP., a Delaware corporation, CEDAR FAIR LP, a Delaware limited partnership, PARAMOUNT PARKS, INC., a Delaware corporation, KNOTT'S BERRY FARM, a California partnership, KINGS ISLAND COMPANY, a Delaware corporation, CEDAR FAIR, an Ohio partnership, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., a Florida limited partnership, UNIVERSAL CITY STUDIOS LLLP, a Delaware partnership, <br><br> Defendants. | C.A. No. 07-127-JJF |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE THAT the appearance of Glenn W. Trost of the law firm of WHITE & CASE LLP is hereby withdrawn as counsel of record for defendants Six Flags Theme Parks Inc., Tierco Maryland, Inc., Great America LLC, KKI, LLC, Magic Mountain

LLC, Park Management Corp, Riverside Park Enterprises, Inc., Six Flags Over Georgia II, L.P., Six Flags St. Louis LLC, Texas Flags, Ltd., Astroworld, L.P., Darien Lake Theme Park and Camping Resort, Inc., and Elitch Gardens, L.P. (the "Six Flags Defendants"), and defendants Cedar Fair LP, Paramount Parks, Inc., Knott's Berry Farm, Kings Island Company, and Cedar Fair (the "Cedar Fair Defendants").

The Cedar Fair and the Six Flags Defendants continue to be represented by Jack B. Blumenfeld and Rodger D. Smith II of MORRIS, NICHOLS, ARSHT & TUNNELL LLP. The Cedar Fair and Six Flags Defendants are also represented by Ted S. Ward of BERKE, KENT & WARD LLP, who has been admitted *pro hac vice.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants Six Flags Theme Parks Inc., Tierco Maryland, Inc., Great America LLC, KKI, LLC, Magic Mountain LLC, Park Management Corp, Riverside Park Enterprises, Inc., Six Flags Over Georgia II, L.P., Six Flags St. Louis LLC, Texas Flags, Ltd., Astroworld, L.P., Darien Lake Theme Park and Camping Resort, Inc., Elitch Gardens, L.P., Cedar Fair LP, Paramount Parks, Inc., Knott's Berry Farm, Kings Island Company and Cedar Fair*

July 3, 2008
2395686

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to the following counsel:

>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>
>Steven J. Balick
>Ashby & Geddess

In addition, the undersigned hereby certifies that on July 3, 2008, copies of the foregoing were caused to be served in the manner indicated upon the following:

>**BY EMAIL**
>
>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19899
>fdigiovanni@cblh.com
>
>Steven J. Balick
>Ashby & Geddess
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899
>sbalick@ashby-geddes.com
>
>Raymond P. Niro
>Joseph N. Hosteny
>Niro, Scavone, Haller & Niro
>181 West Madison Street, Suite 4600
>Chicago, IL  60602
>rniro@nshn.com
>hosteny@nshn.com

>*/s/ Rodger D. Smith II*
>_____
>Rodger D. Smith II (#3778)