# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC., a Delaware corporation, TIERCO MARYLAND, INC., a Delaware corporation, GREAT AMERICA LLC, an Illinois company, KKI, LLC, a Delaware company, MAGIC MOUNTAIN LLC, a California company, PARK MANAGEMENT CORP, a California corporation, RIVERSIDE PARK ENTERPRISES, INC., a Mass. Corp., SIX FLAGS OVER GEORGIA II, L.P., a Delaware partnership, SIX FLAGS ST. LOUIS LLC, a Missouri company, TEXAS FLAGS, LTD., a Texas partnership, ASTROWORLD, L.P., a Delaware partnership, DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., a New York corporation, ELITCH GARDENS, L.P., a Colorado partnership, BUSCH ENTERTAINMENT CORP., a Delaware corporation, CEDAR FAIR LP, a Delaware limited partnership, PARAMOUNT PARKS, INC., a Delaware corporation, KNOTT'S BERRY FARM, a California partnership, KINGS ISLAND COMPANY, a Delaware corporation, CEDAR FAIR, an Ohio partnership, UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., a Florida limited partnership, UNIVERSAL CITY STUDIOS LLLP, a Delaware partnership,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-127-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Objections and Responses to Plaintiffs' Second Set of Requests for Production of Documents and Things (Nos. 90-94)* were caused to be served on July 28, 2008, upon the following in the manner indicated:

**BY EMAIL**

Steven J. Balick
Ashby & Geddess
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com

Raymond P. Niro
Joseph N. Hosteny
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL  60602
rniro@nshn.com
hosteny@nshn.com

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Rodger D. Smith II*
       Jack B. Blumenfeld (#1014)
       Rodger D. Smith II (#3778)
       1201 North Market Street
       P.O. Box 1347
       Wilmington, DE  19899
       (302) 658-9200
       jblumenfeld@mnat.com
OF COUNSEL:     rsmith@mnat.com

Ted S. Ward, Esquire    *Attorneys for Defendants Six Flags Theme Parks Inc.,*
BERKE, KENT & WARD LLP  *Tierco Maryland, Inc., Great America LLC, KKI, LLC,*
624 S. Grand Avenue    *Magic Mountain LLC, Park Management Corp,*
Suite 2940       *Riverside Park Enterprises, Inc., Six Flags Over*
Los Angeles, California 90017  *Georgia II, L.P., Six Flags St. Louis LLC, Texas Flags,*
(213) 995-2500      *Ltd., Astroworld, L.P., Darien Lake Theme Park and*
          *Camping Resort, Inc., Elitch Gardens, L.P., Cedar Fair*
July 28, 2008       *LP, Paramount Parks, Inc., Knott's Berry Farm, Kings*
2428349         *Island Company and Cedar Fair*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to the following counsel:

> Steven J. Balick
> Ashby & Geddess

In addition, the undersigned hereby certifies that on July 28, 2008, copies of the foregoing were caused to be served in the manner indicated upon the following:

> **BY EMAIL**
>
> Steven J. Balick
> Ashby & Geddess
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
> sbalick@ashby-geddes.com
>
> Raymond P. Niro
> Joseph N. Hosteny
> Niro, Scavone, Haller & Niro
> 181 West Madison Street, Suite 4600
> Chicago, IL  60602
> rniro@nshn.com
> hosteny@nshn.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)