**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC., *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-127-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTAIN DEFENDANTS'[1] NOTICE OF BANKRUPTCY
AND SUGGESTION OF AUTOMATIC STAY**

PLEASE TAKE NOTICE that on June 13, 2009, Premier International Holdings Inc. and certain of its affiliates[2] (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (collectively, the "Bankruptcy Cases"). The Debtors' case is captioned as *In re Premier International Holdings Inc., et al.*, Case No. 09-12019.

---

[1] The Defendants are the following: Six Flags Theme Parks Inc.; Great America LLC; KKI, LLC; Magic Mountain LLC; Park Management Corp.; Riverside Park Enterprises, Inc.; Six Flags St. Louis LLC; Astroworld, L.P.

[2] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

PLEASE TAKE FURTHER NOTICE that upon filing the Debtors' chapter 11 petitions, an automatic stay went into effect with respect to the Debtors pursuant to section 362 of the Bankruptcy Code. As a result, at this time, all entities are stayed and prohibited from, *inter alia*: (a) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the Bankruptcy Cases; (b) the enforcement, against the Debtors or against property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Bankruptcy Cases; (c) any act to obtain possession of property of the Debtors' bankruptcy estate or of property from the estate or to exercise control over property of the estate; (d) any act to create, perfect, or enforce any lien against property of the Debtors' bankruptcy estate; (e) any act to create, perfect, or enforce against property of the Debtors any lien to the extent that such lien secures a claim that arose before the commencement of the Bankruptcy Cases; (f) any act to collect, assess, or recover a claim against the Debtors that arose before the commencement of the Bankruptcy Cases; and (g) the setoff of any debt owing to the Debtors that arose before the commencement of the Bankruptcy Cases against any claim against the Debtors. See 11 U.S.C. § 362(a).

Dated: June 22, 2009
　　　　Wilmington, DE

**CROSS & SIMON, LLC**

Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
sokelly@crosslaw.com
*Attorney for Defendants*

*Of Counsel*

Ted S. Ward, Esq.
Berke, Kent & Ward LLP
 811 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90017