**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAFETY BRAKING CORPORATION, a Delaware corporation, MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and G&T CONVEYOR CO., a Florida corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC., *et al.,*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-127-LPS<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF FIRM**

Please take notice that Sean T. O'Kelly, Esq. has changed firms from the law firm of Cross & Simon, LLC to the law firm of O'Kelly & Ernst, LLC.  The law firm of Cross & Simon, LLC hereby withdraws its appearance as counsel for all Defendants in the above-captioned action.  Sean T. O'Kelly, Esq. and the law firm of O'Kelly & Ernst, LLC will continue to represent Defendants.

Dated:  June 23, 2011        **O'KELLY & ERNST, LLC**


              /s/ Sean *T. O'Kelly*
              Sean T. O'Kelly (No. 4349)
              1000 N. West Street, Suite 1200
              Wilmington, DE  19801
              (302) 295-4905
              (302) 295-2873 (facsimile)
              sokelly@oelegal.com
              *Counsel for Defendants*