IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNETAR TECHNOLOGIES CORP., ET AL., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 07-127-LPS-MPT |
| : | |
| SIX FLAGS THEME PARKS INC., ET AL., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **31st** day of **March, 2014.**

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 406) on February 7, 2014;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendants' Motion for Summary Judgment on the doctrine of laches and patent marking (D.I. 335).

WHEREAS, any Objections to the Report and Recommendation were to be filed by February 24, 2014;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 406) is **ADOPTED**; and Defendants' Motion for Summary Judgment (D.I. 335) is **DENIED.**

UNITED STATES DISTRICT JUDGE